[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10364

Non-Argument Calendar

_____

SFR JV-2 PROPERTY LLC,

Plaintiff-Appellee,

*versus*

SHAWN THOMAS,
And all other occupants,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-00224-MHC

_____

Before GRANT, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Shawn Thomas, proceeding *pro se*, appeals the district court's order remanding his case to state court for lack of subject matter jurisdiction. However, that order is unreviewable on appeal. *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) ("Cases remanded for lack of jurisdiction are immune from review even if the district court's decision is clearly erroneous."). Additionally, Thomas did not invoke 28 U.S.C. §§ 1442 or 1443 as the basis for the removal. *See* 28 U.S.C. § 1447(d); *see BP P.L.C. v. Mayor of Balt.*, 593 U.S. 230, 238-39 (2021) (concluding that, because the defendants cited § 1442 in their notice of removal, the whole of the district court's remand order was reviewable on appeal).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.